UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH FIERRO,

                Plaintiff,

-against-                                        20 **CIVIL** 9966 (JHR)

## **JUDGMENT**

THE CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2025, the DOE's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2025

**TAMMI M HELLWIG**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**